

## THE COUNTY of DALLAS
## OFFICE of the COUNTY CLERK
### John F. Warren
George Allen Sr. Courts Building
600 Commerce Street, Suite 101
Dallas, TX 75202-3551

## CERTIFICATE
*CAUSE NO. CC-21-05174-D*

*DIANA SAUCEDO, AS NEXT FRIEND OF E.S., A MINOR, PLAINTIFF(S)*

*VS.*

*WAL-MART STORES TEXAS, LLC AND WAL-MART STORES, INC., DEFENDANT(S)*

I, **JOHN F. WARREN**, *County Clerk of Dallas County and Clerk of the County Courts at Law for the County of Dallas, State of Texas do hereby certify and that the following is a TRUE AND CORRECT COPY OF:*
**PLAINTIFFS' ORIGINAL PETITION, FILED ON THE 30TH OF NOVEMBER, 2021**

*The same appear in the Original now on file and of record in the County Courts at Law of Dallas County, Texas.*

*WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE, this 28th day of December, 2021.*

**JOHN F. WARREN**, *County Clerk*
*Dallas County, Texas*

By: _Guisla Hernandez_ Deputy Clerk

**Guisla Hernandez**



# Exhibit C

FILED
11/30/2021 10:52 AM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

CAUSE NO. CC-21-05174-D

| | |
|---|---|
| DIANA SAUCEDO, AS NEXT FRIEND OF E.S., A MINOR, PLAINTIFFS | IN THE COUNTY COURT |
| VS. | AT LAW NO. _____ |
| WAL-MART STORES TEXAS, LLC AND WAL-MART STORES, INC., DEFENDANTS. | DALLAS COUNTY, TEXAS |

## PLAINTIFFS' ORIGINAL PETITION

### TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, DIANA SAUCEDO, AS NEXT FRIEND OF E.S., A MINOR ("Plaintiffs") complaining of and about, WAL-MART STORES TEXAS, LLC and WAL-MART STORES, INC. ("Defendants") and for cause of action shows unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1. Plaintiffs intend that discovery be conducted under Discovery Level 2. Pursuant to Chapter 47 of the Texas Rules of Civil Procedure, Plaintiffs seek a maximum recovery of over $250,000.00, but not more than $ 1,000,000,000.

### PARTIES AND SERVICE

2. Plaintiff DIANA SAUCEDO is an individual whose address is 4045 Middlefield St., Dallas, TX 75253.

3. Plaintiff, E.S., is a minor child.

4. Defendant, WAL-MART STORES TEXAS, LLC is a foreign-based limited liability company and whose registered agent CT Corporation System may be served at 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136. **Issuance of citation is requested at this time.**

5. Defendant, WAL-MART STORES, INC. is an Arkansas-based corporation that is incorporated



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

in the State of Delaware and whose registered agent CT Corporation Systems may be served at 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.   **Issuance of citation is requested at this time.**

## JURISDICTION AND VENUE

6. The subject matter in controversy is within the jurisdictional limits of this court.

7. This court has jurisdiction over Defendants WAL-MART STORES TEXAS, LLC and WAL-MART STORES, INC. because said Defendants purposefully availed themselves of the privilege of conducting activities in the State of Texas and established minimum contacts sufficient to confer jurisdiction over said Defendants, and the assumption of jurisdiction over Defendants will not offend traditional notions of fair play and substantial justice and is consistent with the constitutional requirements of due process.

8. Plaintiffs would also show that the cause of action arose from or relates to the contacts of Defendants to the State of Texas, thereby conferring specific jurisdiction with respect to Defendants.

9. Furthermore, Plaintiffs would show that Defendants engaged in activities constituting business in the State of Texas as provided by section 17.042 of the Texas Civil Practice and Remedies Code, in that said Defendants committed a tort in Texas.

10. Venue in Dallas County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

## FACTS

11. On or about November 9, 2020, Plaintiffs were invitees on Defendants WAL-MART STORES TEXAS, LLC and WAL-MART STORES, INC.'s premises located at 220 US 175, Seagoville, Texas 75253. While Plaintiffs were shopping on Defendants' premises, a heater fell on minor Plaintiff E.S., causing injury.



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

12. Plaintiffs believe the heater was incorrectly stocked and that minor E.S. would not have been injured if Defendants' employees had not created the condition that resulted in his injuries.

<u>**PLAINTIFF'S CLAIMS FOR PREMISES LIABILITY AGAINST DEFENDANTS**</u>

13. At all relevant times herein, Defendants had such control over the premises in question that Defendants owed certain duties to Plaintiffs, the breach of which proximately caused the injuries set forth herein.

14. At all relevant times herein, Plaintiffs were "invitees," as classified under Texas law at the time of the incident in question.   Plaintiffs entered Defendants' premises in question for the mutual benefit of Plaintiffs and Defendants and/or for a purpose connected with the business of Defendants.   Defendants' employee(s) had control of the area where Plaintiff E.S. was injured.

15. Defendants, Defendants' agents, and employees failed to make the premises reasonably safe by creating a dangerous condition that resulted in Plaintiff E.S.'s injuries and damages.   If Defendants' employee had properly stocked the shelves, Plaintiff's injuries and damages could have been avoided.

16. At all times pertinent herein, Defendants, Defendants' agents and employees, who were acting in the scope of their employment, are liable to Plaintiffs for their negligent conduct toward the Plaintiff:

    a.   In Defendants failing to properly stock the shelves where the heater was placed;

    b.   In Defendants failing to have appropriate safety procedures for their employees and agents on how to stock the shelves to prevent the sort of injuries sustained by Plaintiff;

    c.   In Defendants, Defendants' employees and agents failing to use due and reasonable care to avoid creating the dangerous condition that caused Plaintiff E.S severe injuries and damages;

    d.   In Defendants failing to properly train and supervise its employees and agents to identify and make safe dangerous conditions, which pose an unreasonable risk of injury such as the condition that was created by Defendants' employee(s) and agent who proximately caused Plaintiff's injuries and damages;

 TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

e.  In Defendants' employee and/or agent failing to warn Plaintiffs which proximately caused Plaintiff's injuries and damages;

f.  In Defendants, through its employee(s) and/or agents, creating an unreasonable risk of harm by creating a dangerous condition thereby putting Defendants on notice because when an owner or occupier of a premise, or those for whose conduct it is responsible, creates a condition that poses an unreasonable risk of harm, an inference of knowledge may arise that Defendants knew or should have known about the risk of danger to Plaintiff. Keetch v. Kroger, 845 S.W.2d 262, 265 (Tex. 1992); Robledo v. Kroger, 597 S.W.2d 560 (Tex. Civ. App.–Eastland 1980, writ ref'd n.r.e.); See Wal-Mart Stores, Inc. v. Diaz , 109 S.W.3d 584, 589 (Tex. 2003);

## RESPONDEAT SUPERIOR

17. At all relevant times, Defendants' negligent employees were acting in the scope of their employment with Defendants. Therefore, under the principle of respondeat superior, the masters are liable for their servant's torts.

## DAMAGES FOR PLAINTIFF

18. As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiffs were caused to suffer physical injuries, and to incur the following damages:

A.  Reasonable medical care and expenses in the past;

B.  Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

C.  Physical pain and suffering in the past;

D.  Physical pain and suffering in the future;

E.  Mental anguish in the past;

F.  Mental anguish in the future;

G.  Loss of earnings in the past;

H.  Impairment in the past;

I.  Impairment in the future;

J.  Lost wages;

K.  Loss of earning capacity;

L.  Loss of earning capacity in the future; and

M. Past and future disfigurement.

 TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

## NOTICE PURSUANT TO TRCP 193.7

19. NOTICE IS HEREBY GIVEN that pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Counsel for Plaintiffs intend to use Defendants' discovery responses and any documents produced in discovery in the trial of this cause of action and/or any hearings before the Court herein.

## REQUEST FOR DISCLOSURE

20. Pursuant to Texas Rule of Civil Procedure 194, request is made of Defendants to respond to the undersigned counsel in writing and with all information and documents required under Rule 194.2(b).

## JURY DEMAND

21. Plaintiffs respectfully requests that a jury be convened to try the factual issues of this case.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs respectfully pray that the Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiffs against Defendants for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which Plaintiffs may be entitled at law or in equity.

 TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

Respectfully submitted,

**TRUJILLO & SANCHEZ, P.C.**

**M. ANDRE ANZIANI**
**STATE BAR NO. 24095224**
**DAVID L. SANCHEZ**
**STATE BAR NO. 24053461**
500 E. John Carpenter Frwy., Ste. 140
Irving, Texas 75062
(972) 529-3476 phone/fax
Email: faxes@972lawfirm.com
**ATTORNEYS FOR PLAINTIFF**

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

David Sanchez on behalf of Matthew Anziani
Bar No. 24095224
faxes@972lawfirm.com
Envelope ID: 59546009
Status as of 11/30/2021 11:22 AM CST

Associated Case Party: DIANA SAUCEDO, A/N/F OF A MINOR

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Raquel LeBlanc | | raquel@972lawfirm.com | 11/30/2021 10:52:59 AM | SENT |



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE



## THE COUNTY of DALLAS
## OFFICE of the COUNTY CLERK
### John F. Warren
George Allen Sr. Courts Building
600 Commerce Street, Suite 101
Dallas, TX 75202-3551

## CERTIFICATE
### CAUSE NO. CC-21-05174-D

*DIANA SAUCEDO, AS NEXT FRIEND OF E.S., A MINOR, PLAINTIFF(S)*

*VS.*

*WAL-MART STORES TEXAS, LLC AND WAL-MART STORES, INC., DEFENDANT(S)*

I, **JOHN F. WARREN**, *County Clerk of Dallas County and Clerk of the County Courts at Law for the County of Dallas, State of Texas do hereby certify and that the following is a TRUE AND CORRECT COPY OF:*

**ISSUED CITATION FOR WAL-MART STORES, INC., ISSUED ON THE 30th OF NOVEMBER, 2021**

*The same appear in the Original now on file and of record in the County Courts at Law of Dallas County, Texas.*

*WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE, this* **28th day of December, 2021.**

**JOHN F. WARREN**, *County Clerk*
*Dallas County, Texas*

By: _Guisla Hernandez_ Deputy Clerk

**Guisla Hernandez**



# THE STATE OF TEXAS
# CITATION
CAUSE NO. CC-21-05174-D
COUNTY COURT AT LAW NO. 4
Dallas County, Texas

TO:

**WAL-MART STORES, INC.**
**SERVE ITS REGISTERED AGENT CT CORPORATION SYSTEM**
**1999 BRYAN STREET SUITE 900**
**DALLAS TX 75201**

"You have been sued. You may employ an attorney. If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFFS' ORIGINAL PETITION, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org." Your answer should be addressed to the clerk of County Court at Law No. 4 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas 75202.

**DIANA SAUCEDO, A/N/F OF A MINOR**
*Plaintiff(s)*

**VS.**

**WAL-MART STORES TEXAS, LLC; WAL-MART STORES, INC.**
*Defendant(s)*

filed in said Court on the 30th day of November, 2021, a copy of which accompanies this citation.

**WITNESS:  JOHN F. WARREN**, Clerk of the County Courts of Dallas County, Texas. GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 30th day of November, 2021 A.D.

JOHN F. WARREN, Dallas County Clerk

By *Guisla Hernandez*, Deputy
Guisla Hernandez



---

| **ATTORNEY** |
| :---: |
| **CITATION** |
| **PLAINTIFFS' ORIGINAL PETITION** |
| **CC-21-05174-D** |

IN THE COUNTY COURT OF DALLAS
County Court at Law No. 4
Dallas County, Texas

DIANA SAUCEDO, A/N/F OF A
MINOR, *Plaintiff(s)*

VS.

WAL-MART STORES TEXAS, LLC;
WAL-MART STORES, INC.,
*Defendant(s)*

---

**SERVE:**
**WAL-MART STORES, INC.**
**SERVE ITS REGISTERED AGENT**
**CT CORPORATION SYSTEM**
**1999 BRYAN STREET SUITE 900**
**DALLAS TX 75201**

**ISSUED THIS**
**30TH DAY OF NOVEMBER, 2021**

JOHN F. WARREN, COUNTY CLERK
BY: GUISLA HERNANDEZ, DEPUTY

Attorney for Plaintiff
MATTHEW ANDRE ANZIANI
TRUJILLO & SANCHEZ PC
500 E JOHN CARPENTER FWY
SUITE 140
IRVING TX 75062
972-529-3476

NO OFFICER'S FEES HAVE BEEN
COLLECTED BY DALLAS COUNTY CLERK



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

## OFFICER'S RETURN

CC-21-05174-D   County Court at Law No. 4

DIANA SAUCEDO, A/N/F OF A MINOR vs.WAL-MART STORES TEXAS, LLC, WAL-MART STORES, INC.

**ADDRESS FOR SERVICE:**
SERVE ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900
DALLAS TX 75201

**Fees:**
Came to hand on the _____day of _____, 20_____, at _____o'clock _____.m., and executed in _____ County, Texas by delivering to WAL-MART STORES, INC. in person, a true copy of this Citation together with the accompanying copy of the PLAINTIFFS' ORIGINAL PETITION with the date and service at the following times and places to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|------|-----------|--------------------------------------------|
|      |           |                                            |
|      |           |                                            |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:

_____

and the cause or failure to execute this process is:

_____

and the information received as to the whereabouts of said defendant(s) being:

_____

Serving Petition and Copy       $_____       _____, Officer

Total     $_____                              _____, County, Texas

By:_____, Deputy

_____, Affiant


TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE



THE COUNTY of DALLAS
OFFICE of the COUNTY CLERK
John F. Warren
George Allen Sr. Courts Building
600 Commerce Street, Suite 101
Dallas, TX 75202-3551

## CERTIFICATE
### CAUSE NO. CC-21-05174-D

*DIANA SAUCEDO, AS NEXT FRIEND OF E.S., A MINOR, PLAINTIFF(S)*

*VS.*

*WAL-MART STORES TEXAS, LLC AND WAL-MART STORES, INC., DEFENDANT(S)*

I, **JOHN F. WARREN**, *County Clerk of Dallas County and Clerk of the County Courts at Law for the County of Dallas, State of Texas do hereby certify and that the following is a TRUE AND CORRECT COPY OF:*

**ISSUED CITATION FOR WAL-MART STORES TEXAS, LLC., ISSUED ON THE 30th OF NOVEMBER, 2021**

*The same appear in the Original now on file and of record in the County Courts at Law of Dallas County, Texas.*

*WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE, this* **28th day of  December, 2021.**

**JOHN F. WARREN**, *County Clerk*
*Dallas County, Texas*

By: *Guisla Hernandez* Deputy Clerk

**Guisla Hernandez**



# THE STATE OF TEXAS
# CITATION

CAUSE NO. CC-21-05174-D
COUNTY COURT AT LAW NO. 4
Dallas County, Texas

TO:

**WAL-MART STORES TEXAS, LLC
SERVE ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900
DALLAS TX 75201**

"You have been sued. You may employ an attorney. If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFFS' ORIGINAL PETITION, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org." Your answer should be addressed to the clerk of County Court at Law No. 4 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas 75202.

**DIANA SAUCEDO, A/N/F OF A MINOR**
*Plaintiff(s)*

VS.

**WAL-MART STORES TEXAS, LLC; WAL-MART STORES, INC.**
*Defendant(s)*

filed in said Court on the 30th day of November, 2021, a copy of which accompanies this citation.

**WITNESS: JOHN F. WARREN**, Clerk of the County Courts of Dallas County, Texas. GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 30th day of November, 2021 A.D.

JOHN F. WARREN, Dallas County Clerk

By *Guisla Hernandez* Deputy
Guisla Hernandez

| ATTORNEY |
|---|
| **CITATION** |
| **PLAINTIFFS' ORIGINAL PETITION** |
| **CC-21-05174-D** |

IN THE COUNTY COURT OF DALLAS
County Court at Law No. 4
Dallas County, Texas

DIANA SAUCEDO, A/N/F OF A
MINOR, *Plaintiff(s)*

**VS.**

WAL-MART STORES TEXAS, LLC;
WAL-MART STORES, INC.,
*Defendant(s)*

**SERVE:**
**WAL-MART STORES TEXAS, LLC
SERVE ITS REGISTERED AGENT
CT CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900
DALLAS TX 75201**

**ISSUED THIS
30TH DAY OF NOVEMBER, 2021**

JOHN F. WARREN, COUNTY CLERK
BY: GUISLA HERNANDEZ, DEPUTY

Attorney for Plaintiff
MATTHEW ANDRE ANZIANI
TRUJILLO & SANCHEZ PC
500 E JOHN CARPENTER FWY
SUITE 140
IRVING TX 75062
972-529-3476





TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

NO OFFICER'S FEES HAVE BEEN
COLLECTED BY DALLAS COUNTY CLERK

## OFFICER'S RETURN

CC-21-05174-D   County Court at Law No. 4

DIANA SAUCEDO, A/N/F OF A MINOR vs.WAL-MART STORES TEXAS, LLC, WAL-MART STORES, INC.

**ADDRESS FOR SERVICE:**
SERVE ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900
DALLAS TX  75201

**Fees:**
Came to hand on the _____ day of _____, 20 _____, at _____ o'clock _____ .m., and executed in _____ County, Texas by delivering to WAL-MART STORES TEXAS, LLC in person, a true copy of this Citation together with the accompanying copy of the PLAINTIFFS' ORIGINAL PETITION with the date and service at the following times and places to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|------|-----------|--------------------------------------------|
|      |           |                                            |
|      |           |                                            |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:

_____

and the cause or failure to execute this process is:

_____

and the information received as to the whereabouts of said defendant(s) being:

Serving Petition and Copy       $_____       _____, Officer

Total   $_____                              _____, County, Texas

                                        By:_____, Deputy

                                        _____, Affiant



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE



# THE COUNTY of DALLAS
## OFFICE of the COUNTY CLERK
### John F. Warren
George Allen Sr. Courts Building
600 Commerce Street, Suite 101
Dallas, TX 75202-3551

# CERTIFICATE
### CAUSE NO. CC-21-05174-D

*DIANA SAUCEDO, AS NEXT FRIEND OF E.S., A MINOR, PLAINTIFF(S)*

*VS.*

*WAL-MART STORES TEXAS, LLC AND WAL-MART STORES, INC., DEFENDANT(S)*

I, ***JOHN F. WARREN***, *County Clerk of Dallas County and Clerk of the County Courts at Law for the County of Dallas, State of Texas do hereby certify and that the following is a TRUE AND CORRECT COPY OF:*

**3 CCL #4 LETTER., FILED ON THE 6ᵗʰ OF DECEMBER, 2021**

*The same appear in the Original now on file and of record in the County Courts at Law of Dallas County, Texas.*

*WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE, this **28th day of December, 2021.***

**JOHN F. WARREN**, *County Clerk*
*Dallas County, Texas*

By: _Guisla Hernandez_ *Deputy Clerk*

**Guisla Hernandez**





# COUNTY COURT AT LAW NO. 4
### GEORGE L. ALLEN, SR. COURTS BUILDING
#### 600 COMMERCE STREET, 5TH FLOOR
#### DALLAS, TEXAS 75202
#### 214-653-7345

Chambers of JUDGE PAULA M. ROSALES                    **December 06, 2021**

MATTHEW ANDRE ANZIANI
TRUJILLO & SANCHEZ PC
500 E JOHN CARPENTER FWY
SUITE 140
IRVING TX 75062

Cause No.      CC-21-05174-D
Cause Style:   DIANA SAUCEDO, A/N/F OF A MINOR vs. WAL-MART STORES
TEXAS, LLC, WAL-MART STORES, INC.

Dear Attorney:

The above case is set for dismissal, pursuant to Rule 165a, Texas Ruled of Civil Procedure on:
**04/25/2022 @ 9:00 AM**.

If no answer has been filed, or if the answer filed is insufficient as a matter of law to place any facts
alleged in your petition in issue, you will be expected to have moved for, and to have heard , a
summary judgment or to have proved up a default order on or prior to that date.

If an answer has been filed that is sufficient to create a fact issue that prevents disposition of the entire
case, or if you have been unable to obtain service of process, you should plan to appear to obtain a
reset of the dismissal date or a trial setting as appropriate.

In no event will live witnesses be required unless the default prove-up is for an unliquidated claim.
Liquidated claims and attorneys fees may be proved up by affidavit submitted with a form of
judgment.

If you should have any questions, please feel free to call us.

                                        Very Truly Yours,


                                        PAULA M. ROSALES
                                        Judge Presiding


TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE



### THE COUNTY of DALLAS
### OFFICE of the COUNTY CLERK
### John F. Warren
George Allen Sr. Courts Building
600 Commerce Street, Suite 101
Dallas, TX 75202-3551

## CERTIFICATE
*CAUSE NO. CC-21-05174-D*

*DIANA SAUCEDO, AS NEXT FRIEND OF E.S., A MINOR, PLAINTIFF(S)*

*VS.*

*WAL-MART STORES TEXAS, LLC AND WAL-MART STORES, INC., DEFENDANT(S)*

I, ***JOHN F. WARREN***, *County Clerk of Dallas County and Clerk of the County Courts at Law for the County of Dallas, State of Texas do hereby certify and that the following is a TRUE AND CORRECT COPY OF:*

**RETURN OF SERVICE FOR WAL-MART STORES, INC., FILED ON THE 7th OF DECEMBER, 2021**

*The same appear in the Original now on file and of record in the County Courts at Law of Dallas County, Texas.*

*WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE, this **28th day of December, 2021.***

**JOHN F. WARREN**, *County Clerk*
*Dallas County, Texas*

By: _Guisla Hernandez_ *Deputy Clerk*

**Guisla Hernandez**



12/7/2021 8:10 PM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

Electronically Served
11/30/2021 4:08 PM

# THE STATE OF TEXAS
## CITATION
CAUSE NO. CC-21-05174-D
COUNTY COURT AT LAW NO. 4
Dallas County, Texas

TO:

**WAL-MART STORES, INC.**
**SERVE ITS REGISTERED AGENT CT CORPORATION SYSTEM**
**1999 BRYAN STREET SUITE 900**
**DALLAS TX 75201**

"You have been sued. You may employ an attorney. If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFFS' ORIGINAL PETITION, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org." Your answer should be addressed to the clerk of County Court at Law No. 4 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas 75202.

**DIANA SAUCEDO, A/N/F OF A MINOR**
*Plaintiff(s)*

VS.

**WAL-MART STORES TEXAS, LLC; WAL-MART STORES, INC.**
*Defendant(s)*

filed in said Court on the 30th day of November, 2021, a copy of which accompanies this citation.

**WITNESS: JOHN F. WARREN**, Clerk of the County Courts of Dallas County, Texas. GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 30th day of November, 2021 A.D.

JOHN F. WARREN, Dallas County Clerk

By _Guisla Hernandez_, Deputy
Guisla Hernandez



| ATTORNEY |
| --- |
| **CITATION** |
| **PLAINTIFFS' ORIGINAL PETITION** |
| **CC-21-05174-D** |

IN THE COUNTY COURT OF DALLAS
County Court at Law No. 4
Dallas County, Texas

DIANA SAUCEDO, A/N/F OF A
MINOR, *Plaintiff(s)*

VS.

WAL-MART STORES TEXAS, LLC;
WAL-MART STORES, INC.,
*Defendant(s)*

**SERVE:**
**WAL-MART STORES, INC.**
**SERVE ITS REGISTERED AGENT**
**CT CORPORATION SYSTEM**
**1999 BRYAN STREET SUITE 900**
**DALLAS TX 75201**

**ISSUED THIS**
**30TH DAY OF NOVEMBER, 2021**

JOHN F. WARREN, COUNTY CLERK
BY: GUISLA HERNANDEZ, DEPUTY

Attorney for Plaintiff

MATTHEW ANDRE ANZIANI
TRUJILLO & SANCHEZ PC
500 E JOHN CARPENTER FWY
SUITE 140
IRVING TX 75062
972-529-3476

NO OFFICER'S FEES HAVE BEEN
COLLECTED BY DALLAS COUNTY CLERK


TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

## OFFICER'S RETURN

CC-21-05174-D   County Court at Law No. 4

DIANA SAUCEDO, A/N/F OF A MINOR vs.WAL-MART STORES TEXAS, LLC, WAL-MART STORES, INC.

**ADDRESS FOR SERVICE:**
SERVE ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900
DALLAS TX 75201

**Fees:**
Came to hand on the ___O1___ day of ___Dec___, 20 _21_, at __4__ o'clock __P__ .m., and executed in ___Dallas___ County, Texas by delivering to WAL-MART STORES, INC. in person, a true copy of this Citation together with the accompanying copy of the PLAINTIFFS' ORIGINAL PETITION with the date and service at the following times and places to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
| Wal-Mart Stores, Inc. | 12/2/21 @ 1:45pm | 1999 Bryan St #900 Dallas, TX 75201 |
| B/s It's registered agent CT Corporation System | | |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:

_____

and the cause or failure to execute this process is:

_____

and the information received as to the whereabouts of said defendant(s) being: _____

Serving Petition and Copy   $ _____      _Cheryl Albert_ , Officer

Total   $ 75                 _Denton_ , County, Texas

                            By: _PSC-17147 Exp 09/30/23_ , Deputy

                            _____ , Affiant

_Cheryl Albert_
SWORN TO AND SUBSCRIBED BEFORE ME
ON THIS _3_ DAY OF _December_ 20_21_

(x) _Heather Bork_

HEATHER L. BORK
Notary Public, State of Texas
Comm. Expires 03-14-2025
Notary ID 129367186

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE



# THE COUNTY of DALLAS
## OFFICE of the COUNTY CLERK
### John F. Warren
George Allen Sr. Courts Building
600 Commerce Street, Suite 101
Dallas, TX 75202-3551

## CERTIFICATE
*CAUSE NO. CC-21-05174-D*

*DIANA SAUCEDO, AS NEXT FRIEND OF E.S., A MINOR, PLAINTIFF(S)*

*VS.*

*WAL-MART STORES TEXAS, LLC AND WAL-MART STORES, INC., DEFENDANT(S)*

I, **JOHN F. WARREN**, *County Clerk of Dallas County and Clerk of the County Courts at Law for the County of Dallas, State of Texas do hereby certify and that the following is a TRUE AND CORRECT COPY OF:*

**RETURN OF SERVICE FOR WAL-MART STORES TEXAS, LLC., FILED ON THE 7th OF DECEMBER, 2021**

*The same appear in the Original now on file and of record in the County Courts at Law of Dallas County, Texas.*

*WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE, this **28th day of December, 2021.***

**JOHN F. WARREN**, *County Clerk*
*Dallas County, Texas*

By: _Guisla Hernandez_ *Deputy Clerk*

**Guisla Hernandez**



FILED
12/7/2021 8:12 PM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

Electronically Served
11/30/2021 4:08 PM

# THE STATE OF TEXAS
# CITATION
CAUSE NO. CC-21-05174-D
COUNTY COURT AT LAW NO. 4
Dallas County, Texas

**TO:**

**WAL-MART STORES TEXAS, LLC
SERVE ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900
DALLAS TX 75201**

"You have been sued. You may employ an attorney. If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFFS' ORIGINAL PETITION, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org." Your answer should be addressed to the clerk of County Court at Law No. 4 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas 75202.

**DIANA SAUCEDO, A/N/F OF A MINOR**
*Plaintiff(s)*

VS.

**WAL-MART STORES TEXAS, LLC; WAL-MART STORES, INC.**
*Defendant(s)*

filed in said Court on the 30th day of November, 2021, a copy of which accompanies this citation.

**WITNESS: JOHN F. WARREN**, Clerk of the County Courts of Dallas County, Texas. GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 30th day of November, 2021 A.D.

JOHN F. WARREN, Dallas County Clerk

By _Guisla Hernandez_, Deputy
Guisla Hernandez



---

## ATTORNEY
## CITATION
### PLAINTIFFS' ORIGINAL PETITION
## CC-21-05174-D

IN THE COUNTY COURT OF DALLAS
County Court at Law No. 4
Dallas County, Texas

DIANA SAUCEDO, A/N/F OF A
MINOR, *Plaintiff(s)*

VS.

WAL-MART STORES TEXAS, LLC;
WAL-MART STORES, INC.,
*Defendant(s)*

**SERVE:**
**WAL-MART STORES TEXAS, LLC
SERVE ITS REGISTERED AGENT
CT CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900
DALLAS TX 75201**

**ISSUED THIS
30TH DAY OF NOVEMBER, 2021**

JOHN F. WARREN, COUNTY CLERK
BY: GUISLA HERNANDEZ, DEPUTY

Attorney for Plaintiff

MATTHEW ANDRE ANZIANI
TRUJILLO & SANCHEZ PC
500 E JOHN CARPENTER FWY
SUITE 140
IRVING TX 75062
972-529-3476

NO OFFICER'S FEES HAVE BEEN
COLLECTED BY DALLAS COUNTY CLERK



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

## OFFICER'S RETURN

CC-21-05174-D   County Court at Law No. 4

DIANA SAUCEDO, A/N/F OF A MINOR vs.WAL-MART STORES TEXAS, LLC, WAL-MART STORES, INC.

**ADDRESS FOR SERVICE:**
SERVE ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900
DALLAS TX 75201

**Fees:**
Came to hand on the ___01___ day of ___Dec.___ , 20 _21_ , at _6_ o'clock _P_ .m., and executed in ___Dallas___ County, Texas by delivering to WAL-MART STORES TEXAS, LLC in person, a true copy of this Citation together with the accompanying copy of the PLAINTIFFS' ORIGINAL PETITION with the date and service at the following times and places to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
| Wal-Mart Stores, Inc. | 12/2/21 @ 1:45pm | 1999 Bryan St #900 Dallas, TX 75201 |
| B/s it's registered agent CT Corporation Systems | | |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:

_____

and the cause or failure to execute this process is:

_____

and the information received as to the whereabouts of said defendant(s) being:

_____

Serving Petition and Copy    $_____    _Cheryl Albert_    , Officer

Total   $ _75_      _Denton_ , County, Texas

By _PSC 17147 Exp 09/30/23_ , Deputy

_____, Affiant

_Cheryl Albert_
SWORN TO AND SUBSCRIBED BEFORE ME
ON THIS _3_ DAY OF _December_ 20 _21_

(x)_____

HEATHER L. BORK
Notary Public, State of Texas
Comm. Expires 03-14-2026
Notary ID 129357166



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE



## THE COUNTY of DALLAS
## OFFICE of the COUNTY CLERK
### John F. Warren
George Allen Sr. Courts Building
600 Commerce Street, Suite 101
Dallas, TX 75202-3551

## CERTIFICATE
### CAUSE NO. CC-21-05174-D

*DIANA SAUCEDO, AS NEXT FRIEND OF E.S., A MINOR, PLAINTIFF(S)*

*VS.*

*WAL-MART STORES TEXAS, LLC AND WAL-MART STORES, INC., DEFENDANT(S)*

I, **JOHN F. WARREN**, *County Clerk of Dallas County and Clerk of the County Courts at Law for the County of Dallas, State of Texas do hereby certify and that the following is a TRUE AND CORRECT COPY OF:*

**DEFENDANTS' ORIGINAL ANSWER FILED ON THE 28th OF DECEMBER, 2021**

*The same appear in the Original now on file and of record in the County Courts at Law of Dallas County, Texas.*

*WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE, this **28th day of December, 2021.***

**JOHN F. WARREN**, *County Clerk*
*Dallas County, Texas*

By: _Guisla Hernandez_ Deputy Clerk

**Guisla Hernandez**



FILED
12/28/2021 12:00 AM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

## CAUSE NO. CC-21-05174-D

| | | |
|---|---|---|
| **DIANA SAUCEDO, AS NEXT FRIEND OF** | § | **IN THE COUNTY COURT** |
| **E.S., A MINOR** | § | |
| | § | |
| **v.** | § | **AT LAW NO. 4** |
| | § | |
| **WAL-MART STORES TEXAS, LLC AND** | § | |
| **WAL-MART STORES, INC.** | § | **DALLAS COUNTY, TEXAS** |

### DEFENDANTS' ORIGINAL ANSWER

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW**, Wal-Mart Stores Texas, LLC and Wal-Mart Stores, Inc., Defendants in the above-entitled and numbered cause, and file this their Original Answer to Plaintiff's Original Petition, and would respectfully show the Court as follows:

### I.

Defendants generally deny the allegations contained in Plaintiff's Original Petition, demands strict proof thereof, and says this is a matter for jury decision.

**WHEREFORE, PREMISES CONSIDERED,** Defendants pray that upon final hearing hereof, Plaintiff take nothing by this suit, that Defendants recover their costs, and that Defendants have such other and further relief, both at law and in equity, to which it may be justly entitled.

DEFENDANTS' ORIGINAL ANSWER – Page 1
1610979.1



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

Respectfully submitted,

By: _____

**DAVID A. JOHNSON**
Texas Bar No. 24032598
djohnson@cowlesthompson.com

**DANIEL GONZALEZ IV**
Texas Bar No. 24125613
dgonzalez@cowlesthompson.com

**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2000
(214) 672-2020 (Fax)

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

This is to certify that on the 27th day of December 2021, the foregoing was electronically

filed with the Clerk of the Court using the e-filing system which will send notification of such

filing to all counsel of record.

_____

**DAVID A. JOHNSON**

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Callie Brewer on behalf of David Johnson
Bar No. 24032598
cbrewer@cowlesthompson.com
Envelope ID: 60305852
Status as of 12/28/2021 10:23 AM CST

Associated Case Party: DIANA SAUCEDO, A/N/F OF A MINOR

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Andre Anziani | | faxes@972lawfirm.com | 12/27/2021 10:48:54 AM | SENT |
| Raquel LeBlanc | | raquel@972lawfirm.com | 12/27/2021 10:48:54 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Katherine Henderson | | khenderson@cowlesthompson.com | 12/27/2021 10:48:54 AM | SENT |
| David AJohnson | | djohnson@cowlesthompson.com | 12/27/2021 10:48:54 AM | SENT |



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE